

# NUMBER 13-14-00331-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Benavides and Perkes and Per Curiam Order

Relators Old American County Mutual Fire Insurance Company and Pronto General Agency, Ltd. filed a petition for writ of mandamus and emergency motion for stay of the proceedings in the above cause on June 17, 2014. Through this original proceeding, relators seek to set aside the trial court's order of January 9, 2014 denying relators' motion to dismiss for lack of subject matter jurisdiction and for improper joinder.

The Court, having examined and fully considered the emergency motion for stay of the proceedings, is of the opinion that said motion should be granted. The motion for

emergency stay is hereby GRANTED, and all proceedings in the trial court are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Freedom Communications, Inc. d/b/a The Brownsville Herald, Dalia Garcia, Fructuoso Saenz, Consuelo Davila, Rosa Zepeda, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
18th day of June, 2014.